# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2020-0330, <u>Khaled Abdel-Fattah v. Mark T. Eno</u>, the court on March 2, 2021, issued the following order:**

Having considered the parties' briefs and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The plaintiff, Khaled Abdel-Fattah, appeals an order of the Superior Court (<u>Colburn</u>, J.) dismissing his complaint against the defendant, Mark T. Eno, for failing to state a claim upon which relief may be granted when he declined to amend his complaint to correct its deficiencies after having been given 20 days to do so. We affirm.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that he has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**